HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRANCESCA HARON,

        Plaintiff,

    v.

CSC NARDONE, et al,

        Defendants.

Case No. C06-5003 RBL

ORDER

THIS MATTER comes on before the above-entitled Court sua sponte.

Having considered the entirety of the records and file herein, the Court rules as follows:

On March 31, 2006 this Court entered an Order [Dkt. #6] which denied plaintiff's request to proceed *in forma pauperis* and directed the plaintiff to pay the filing fee within 30 days or face dismissal. The docket reflects that this Court's Order was returned as undeliverable and further reflects that plaintiff has not paid the filing fee. Plaintiff has a duty to keep this Court informed of her current address. *See* CR 10(f), *Local Rules W.D. Wash.* The docket reflects that plaintiff has not done so. Therefore, it is hereby

**ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 12th day of May, 2006.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE